

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00751-CV

**IN THE INTEREST OF J.J.F.R., JR.** and G.L.R., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-01451
Honorable John Gabriel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, that portion of the trial court's September 1, 2015 Order concerning the division of the marital estate is REVERSED and we REMAND the cause to the trial court for a new trial on the division of the marital estate. The remainder of the order is AFFIRMED.

Costs are assessed against the party that incurred them.

SIGNED July 20, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice